**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD DeLOATCH, III,<br>ADMINISTRATOR OF THE ESTATE<br>OF SEAN DeLOATCH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>Defendants. | CIVIL ACTION<br>No. 2:22-cv-01521-JFM<br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this _____ day of ___________________, 2026, upon consideration of the Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction and Failure to State a Claim filed by Defendants Jeffrey King, Isaac Lefkowitz, Frank Sholey, and Sara Tirschwell (ECF No. 83), the joinder of Defendant David Gefner, and Plaintiff's Response in Opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

_______________________________
John F. Murphy, J.